# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| CBW Bank, a Kansas State Chartered Bank,<br><br>    *Plaintiff-Appellant*<br>  v.<br><br>Federal Deposit Insurance Corporation; Jennifer Whang, in her official capacity as an ALJ of OFIA; C. Scott Maravilla, in his official capacity as an ALJ of OFIA,<br><br>    *Defendants-Appellees* | No. 25-3056 |

## UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE CBW BANK'S OPENING BRIEF AND APPENDIX

In accordance with Federal Rule of Appellate Procedure 27 and Tenth Circuit Rule 27.6, Plaintiff-Appellant CBW Bank respectfully moves for a 30-day extension of time for its opening brief and appendix, extending the due date to June 20, 2025. Defendants-Appellees do not oppose this extension, which is necessary due to circumstances described below, including other pressing litigation deadlines for which counsel are responsible. In support of this motion, CBW Bank states as follows:

1. On March 3, 2025, the district court entered a memorandum and order and final judgment dismissing CBW Bank's action.

2. On March 28, 2025, CBW Bank filed its notice of appeal. The appeal was docketed at on March 31, 2025, as case number 25-3056.

3. On April 11, 2025, the record was certified as complete, and the Court set the due date for Appellant's brief and appendix as May 21, 2025.

4. CBW Bank has not previously requested or received an extension of time.

5. A thirty-day extension for Appellant's opening brief and appendix is necessary to allow Appellant's counsel adequate time to brief the important and significant issues presented in this case in light of the circumstances described below.

6. Between now and the end of this month, undersigned counsel with principal responsibility for preparing the opening brief will have a particularly busy practice that will hinder counsel's ability to adequately prepare an opening brief by the current deadline despite diligent efforts:

- Counsel has oral argument before the Second Circuit in *Frazier v. X Corp.*, No. 24-1948 (2d Cir.), on May 15, 2025. Because this is a court-scheduled argument date before a three-judge panel, it is not feasible to seek to reschedule this deadline.

- Counsel has a brief of appellees due in *Amara v. Cigna Corp.*, No. 24-2913 (2d Cir.), on May 15, 2025. An extension of time is not feasible because appellees have already obtained the maximum amount of time for this filing under Second Circuit rules.

- Counsel has an amicus brief in support of appellees due in *Silva v. Schmidt Baking Distribution, LLC*, No. 24-2103 (2d Cir.), on May 19, 2025. Because the deadline for this submission is based off another party's filing, counsel does not have a realistic ability to extend this deadline.

- Counsel has a brief of appellee due in *McGoveran v. Amazon Web Services, Inc.*, No. 24-3215 (3d Cir.), on May 30, 2025. The deadline for this brief has already been extended by thirty days.

7. In addition, since the entry of the Court's briefing schedule on April 11, 2025, counsel has had numerous other commitments that have interfered with the ability to prepare an opening brief, despite the exercise of diligence:

- A petition for rehearing en banc in *Space Exploration Technologies Corp. v. NLRB*, No. 24-40315 (5th Cir.), filed on April 14, 2025.

- A brief of appellees in *Esquivel v. Whataburger Restaurants, L.L.C.*, No. 24-50976 (5th Cir.), filed on April 23, 2025.

- An amicus brief in *Brown-Forman Corp. v. NLRB*, No. 24-2107 (6th Cir.), filed on April 23, 2025.

8. Through counsel, Defendants-Appellees advised that they do not oppose the extension requested by this motion.

For all these reasons, CBW respectfully asks that this Court extend its opening brief and appendix due date by 30 days to June 20, 2025.

Dated: May 12, 2025                                Respectfully submitted,

                                                   s/ Michael E. Kenneally
ANTHONY J. DURONE                                  ALLEN H. DENSON
CARSON M. HINDERKS                                 MICHAEL E. KENNEALLY
BERKOWITZ OLIVER LLP                               MORGAN, LEWIS & BOCKIUS LLP
2600 Grand Boulevard, Suite 1200                   1111 Pennsylvania Avenue, NW
Kansas City, MO 64108                              Washington, DC 20004
T. 816.561.7007                                    T. 202.739.3000
                                                   michael.kenneally@morganlewis.com

                                                   DANIEL B. TEHRANI
                                                   MORGAN, LEWIS & BOCKIUS LLP
                                                   101 Park Avenue
                                                   New York, NY 10178
                                                   T. 212.309.6150

                                                   *Counsel for CBW Bank*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 557 words according to the count of Microsoft Word 365.

Dated: May 12, 2025                    s/ Michael E. Kenneally
                                       MICHAEL E. KENNEALLY

                                       *Counsel for CBW Bank*